# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUSTAVO ALMANZA,<br><br>Defendant. | Case No.: 19-CR-3015-AJB<br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS ORDERED that the Information in Criminal Case No. 19CR3015-AJB against defendant GUSTAVO ALMANZA be, and hereby is, dismissed without prejudice;

IT IS SO ORDERED.

Dated: October 22, 2019

_____
Hon. Anthony J. Battaglia
United States District Judge